CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **2011 Ocean Park LLC**, a California Limited Liability Company; **Jody Maroni's Italian Sausage Kingdom, Inc.**, a California Corporation; and Does 1-10, <br><br> Defendants. | **CASE NO. 2:18-CV-08041-PA-FFM** <br><br> **Request For Entry Of Default (As 2011 Ocean Park LLC, a California Limited Liability Company Only)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff BRIAN WHITAKER ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the Defendant 2011 OCEAN PARK LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant on October 3, 2018 evidenced by the proof of service of summons on file with this Court.

Date : November 7, 2018          CENTER FOR DISABILITY ACCESS

                                       By: /s/ Phyl Grace
                                            Phyl Grace
                                   Attorneys for Plaintiff