CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **2011 Ocean Park LLC**, a California Limited Liability Company; **Jody Maroni's Italian Sausage Kingdom, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. **2:18-CV-08041-PA-FFM** <br><br> **Declaration of Phyl Grace Re Request for Entry of default (As to 2011 Ocean Park LLC, a California Limited Liability Company Only)** |

**1.** I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am one of the attorneys of record for the Plaintiff BRIAN WHITAKER ("Plaintiff") and, in that capacity; I am familiar with this matter.

**2.** We have received no answer or other responsive pleading to the

Declaration of Phyl Grace

Complaint that was served on the Defendant 2011 OCEAN PARK LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ("Defendant") on October 3, 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 7, 2018          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Declaration of Phyl Grace