# PROOF OF SERVICE

Whitaker v. 2011 Ocean Park LLC
Case # 2:18-CV-08041-PA-FFM

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On November 9, 2018 I served the following document(s):

- **Request For Entry Of Default (As 2011 Ocean Park LLC, a California Limited Liability Company Only)**

- **Declaration of Phyl Grace Re Request for Entry of default ( As to 2011 Ocean Park LLC, a California Limited Liability Company Only)**

Addressed to:

| 2011 Ocean Park LLC, a California Limited Liability Company<br>c/o JORDAN A MONKARSH @JODYMARONI.COM<br>2011 Ocean Front Walk<br>Venice CA 90291 | Jason William Brooks Altview Law Group LLP<br>12100 Wilshire Boulevard Suite 800<br>Los Angeles, CA 90025 |

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on November 9, 2018, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton

PROOF OF SERVICE