CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | **Case No**. 2:18-CV-08041-PA-FFM |
| Plaintiff, | |
| v. | **Plaintiff's Response to Order to Show Cause** |
| **2011 Ocean Park LLC**, a California Limited Liability Company; **Jody Maroni's Italian Sausage Kingdom, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

<u>DECLARATION OF DENNIS PRICE</u>

1. I, the undersigned, am an attorney of record for the Plaintiff and admitted to practice law in all courts in the State of California including the district court in which this matter is being heard.

2. I have personal knowledge of the foregoing and if called to testify to them I could do so competently.

3. An Order to Show Cause was issued November 6, 2018 re: failure to prosecute in the form of defaulting the Defendant 2011 Ocean Park, LLC.

4. On November 9, 2018, a request to Enter Default against Defendant 2011 Ocean Park LLC was filed by Plaintiff. Default was entered by Clerk on November 13, 2018 (*Docket 20*).

5. Plaintiff requests that the case not be dismissed for failure to prosecute. The Complaint has been timely served and Defendant Jody Maroni's Italian Sausage Kingdom, Inc. have filed an Answer to the Complaint and Default has been entered against Defendant 2011 Ocean Park LLC. It is therefore, respectfully requested that the Court grant relief from imposition of sanctions.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: November 16, 2018        CENTER FOR DISABILITY ACCESS


                                By:  */s/Dennis Price*
                                Dennis Price, Esq.
                                Attorney for Plaintiff